**FILED**
JUL 29 2009
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Deborah-Denise Dubose, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 09 1406 |
| Horning Brothers *et al.*, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The plaintiff has filed a *pro se* complaint and an application to proceed *in forma pauperis*. The Court will grant the application to proceed *in forma pauperis* and dismiss the complaint.

Plaintiff, who lists a Washington, D.C. address on the complaint, has filed a complaint against a defendant with a Washington, D.C. address. The complaint alleges that she has applied to live in a certain residential property, and that her current landlord gives her bad references to prevent her from leaving. The complaint does not indicate what relationship the defendant has to the plaintiff or to the facts alleged in the complaint. *See* Compl. at 1.

Unlike state courts of general jurisdiction, federal district courts have limited jurisdiction. A federal district court has jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. Here, however, the facts alleged do not suggest claims that arise under the Constitution or the laws or treaties of the United States. A federal district court also has jurisdiction over civil actions in matters where the controversy exceeds $75,000 and is between citizens of different states. *See* 28 C.F.R. §1332(a). But here it



3

appears that both parties are citizens of the District of Columbia, and the plaintiff does not identify an amount in controversy. Accordingly, the Court will dismiss the complaint, without prejudice, for lack of subject matter jurisdiction.

    A separate order accompanies this memorandum opinion.

Date: 7/24/09

/s/ Royce C. Lamberth
United States District Judge